# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DANIEL G. BROWN,**  :

       **CIVIL ACTION NO. 3:20-0119**

    **Petitioner**  :

       **(JUDGE MANNION)**

  **v.**  :

**U.S. DEPT OF HOMELAND**  :
**SECURITY,** *et al.,*

         :

    **Respondent**

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Brown's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DENIED.**

2. Brown's motion to compel release (Doc. 14) and motion to temporary restraining order (Doc. 16) are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

        *s/ Malachy E. Mannion*
        MALACHY E. MANNION
        United States District Judge

Dated: April 20, 2020
20-0119-01-Order