UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL G. BROWN,** : | |
| : | **CIVIL ACTION NO. 3:20-0119** |
| **Petitioner** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| : | |
| **U.S. DEPT OF HOMELAND** : | |
| **SECURITY,** *et al.,* | |
| : | |
| **Respondent** | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. This Court's April 20, 2020 Memorandum and Order (Docs. 20, 21), denying Brown's petition for a writ of habeas corpus (Doc. 1), on the merits, is **VACATED**.

2. Brown's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DISMISSED** as moot, in light of Petitioner's September 10, 2020 removal from the United States.

3. The above captioned action shall remain **CLOSED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: October 30, 2020
20-0119-02-Order